UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PILOT TRAVEL CENTERS L.L.C.,

       Plaintiff,

vs.                                        Case No. 09-CV-14581
                                           HON. GEORGE CARAM STEEH

RUMBLE TRUCKING AND LOGISTICS, INC.,

       Defendant.

_____/

ORDER DISMISSING NOVEMBER 24, 2009 SHOW CAUSE ORDER (#3)

       Plaintiff Pilot Travel Centers L.L.C. ("PTC") was ordered on November 24, 2009 to show cause by December 11, 2009 why this matter should not be dismissed for lack of federal diversity jurisdiction in the absence of allegations sufficient to support a finding of complete diversity, 28 U.S.C. § 1332 ; Owen Equipment and Erection Co. v. Kroger, 437 U.S. 365, 373 (1978), that is, the citizenship of the members of limited liability company PTC.  PTC filed a timely response on November 30, 2009 representing that PTC's members are the Pilot Corporation, a Tennessee corporation with its principal place of business in Knoxville, Tennessee, and the Propeller Corporation, a Delaware corporation with its principal place of business in Wilmington, Delaware.  PTC is thus a citizen of Tennessee and Delaware.  Delphi Automotive Systems, LLC v. Segway, Inc., 519 F.Supp.2d 662, 665 (E.D. Mich. 2007).  Defendant Rumble Trucking is a Michigan corporation with its principal place of business in Port Sanilac, Michigan, and thus a citizen of Michigan.  28 U.S.C. § 1332(c)(1).  Plaintiff PTC has timely shown the existence of

complete diversity.  <u>Owen Equipment</u>, 437 U.S. at 373.  Accordingly,

The court's November 29, 2009 Order requiring plaintiff PTC to show cause is hereby DISMISSED.

SO ORDERED.

Dated:  December 1, 2009

<u>s/George Caram Steeh</u>
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on December 1, 2009, by electronic and/or ordinary mail.

<u>s/Marcia Beauchemin</u>
Deputy Clerk

---